*Friday, February 7, 1997*

# MOTION DOCKET

**96–2534. McClure v. McClure.**
Greene App. No. 95CA86. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of trial court proceedings,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. SWEENEY, J., dissents.

*Tuesday, February 11, 1997*

# DISCIPLINARY DOCKET

**96–2495. In re Judicial Campaign Complaint Against Hildebrandt.**
On January 27, 1997, the Commission of Judges appointed by the Supreme Court to consider the report of the hearing panel of the Board of Commissioners on Grievances and Discipline entered its order in this matter. On February 4, 1997, pursuant to Gov.Jud.R. II(5)(E)(2) and Gov.Jud.R. III (3), respondent, Lee Hildebrandt, Jr., filed a timely notice of appeal with the Supreme Court. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that within twenty days from the date of issuance of this order respondent may file with the Supreme Court objections to the order of the Commission of Judges and a brief in support of the objections, and that complainant, David Mann, may file with the Supreme Court an answer brief within fifteen days after respondent's brief in support of objections has been filed.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, *sua sponte*, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

*Wednesday, February 12, 1997*

# MOTION DOCKET

**95–2427. Lewis v. Trimble.**
Greene App. No. 95CA37. This cause is pending before the court as an appeal from the Court of Appeals for Greene County. Upon consideration of the motion of *amici curiae*, Ohio AFL–CIO and Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for March 5, 1997,

IT IS ORDERED by the court that the motion of *amici curiae* to participate in oral argument be, and hereby is, granted, and *amici curiae* is to share the time allotted to appellant.

**96–677. State v. Smith.**
Butler C.P. No. CR95050471. This cause is pending before the court as an appeal from the Court of Common Pleas of Butler County. Upon consideration of appellant/cross-appellee's motion to extend time for oral argument,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, granted, and time is extended to forty minutes per side.